UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERIC C. AMBROSE and
FLEX-REST, LLC,

    Plaintiffs,

v.

STEELCASE, INC., and
OFFICE DETAILS, INC.,

    Defendants.
_____/

Case No. 1:02-CV-537

HON. DAVID W. McKEAGUE

## SECOND ORDER ON CLAIM CONSTRUCTION
## AND SUMMARY JUDGMENT ISSUES

In accordance with the Court's memorandum opinion of even date,

**IT IS HEREBY ORDERED**:

1. That the '489 patent terms "clamp" and "the rear end of the keyboard being disposed below the front end of the keyboard," and the '231 patent term "sidewall" shall be construed as set forth in the memorandum opinion; and

2. That defendants' second motion for partial summary judgment of non-infringement of the '231 patent is **GRANTED**; and

3. That **SUMMARY JUDGMENT** is hereby **AWARDED** to defendants Steelcase, Inc., and Office Details, Inc., on plaintiffs' infringement claims against them under United States Patent No. 5,961,231.

Dated: November 10, 2003          /s/ David W. McKeague
                                              DAVID W. McKEAGUE
                                              UNITED STATES DISTRICT JUDGE